UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL DAWN BURTON )<br>        Plaintiff, )<br>        )<br>v. )<br>        )<br>        )<br>COMMISSIONER OF SOCIAL SECURITY)<br>        Defendant. )<br>        ) | **JUDGMENT**<br><br>No. 5:23-CV-132-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's stipulation under the EAJA.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 4, 2023, that defendant pay to plaintiff $3,400.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412. Further, Plaintiff will also be reimbursed $402.00 in costs for the filing fees from the Treasury Judgment Fund.

**This Judgment Filed and Entered on October 4, 2023, and Copies To:**
Aaron Lee Dalton (via CM/ECF Notice of Electronic Filing)
Cassia Parson (via CM/ECF Notice of Electronic Filing)


October 4, 2023                    PETER A. MOORE, JR., CLERK

                                      /s/ Sandra K. Collins
                                      (By) Sandra K. Collns, Deputy Clerk