IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| CRYSTAL DAWN BURTON, | ) |
| Plaintiff, | ) |
| v. | ) No. 5:23-CV-00132-FL |
| FRANK BISIGNANO, Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Plaintiff's petition for attorney's fees under 42 U.S.C. § 406(b), and Defendant's response, it is this 13 day of August, 2025, by the United States District Court for the Eastern District of North Carolina,

ORDERED that Aaron L. Dalton, Esq., is awarded an attorney's fee under the Social Security Act, 42 U.S.C. § 406(b), in the amount of $ 27,400.00 (or 25% of Plaintiff's past-due benefits, whichever is less).

Plaintiff's counsel will reimburse Plaintiff any fees he received under the Equal Access Justice Act (EAJA), 28 U.S.C. § 2412.

_____
LOUISE W. FLANAGAN
United States District Judge